No. 11-12537-G

In the
# United States Court of Appeals for the Eleventh Circuit

◆

**JAMON BRIM**

*Plaintiff/Appellee,*

v.

**MIDLAND CREDIT MANAGEMENT, INC.**

*Defendant/Appellant.*

◆

On Appeal from the United States District Court
for the Northern District of Alabama, Northeastern Division
Case No. 5:10-cv-00369-IPJ

◆

**UNOPPOSED MOTION TO DISMISS APPEAL WITH PREJUDICE**

Pursuant to Federal Rule of Appellate Procedure 42(b) and Eleventh Circuit Rule 42-1, appellant Midland Credit Management, Inc. moves the Court to dismiss the above-captioned appeal **with prejudice**.

In support, the appellant states as follows:

1.     Lawyers for Midland and Mr. Brim have reached a final settlement of this case.  Accordingly, there is no longer a live controversy between the parties.

2.     Costs will be paid in accordance with the parties' confidential written settlement agreement.

1

3. This motion is unopposed.

4. Pursuant to Eleventh Circuit Rule 42-1 – I.O.P. 1, the attached Certificate of Interested Persons includes all persons and entities known by the parties to have an interest in the outcome of this case.

Respectfully submitted,

s/ Kevin C. Newsom
Kevin C. Newsom
One of the Attorneys for Appellant

BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000

# CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2012, I filed the foregoing with the Clerk of the Court via CM/ECF and have sent the same to the following individuals via electronic mail and U.S. Mail:

Leonard A. Bennett
Consumer Litigation Associates, PC
12515 Warwick Blvd Ste 100
Newport News, VA 23606

Penny Hays Cauley
Hays Cauley, PC
549 W. Evans St Ste 3
Florence, SC 29501

Ronald C. Sykstus
Bond Botes Sykstus Tanner & Ezzell, PC
225 Pratt Ave NE
Huntsville, AL 35801-4008

Richard J. Rubin
Attorney at Law
1300 Canyon Road
Santa Fe, NM 87501-6162

Respectfully submitted,

s/ Kevin C. Newsom
Kevin C. Newsom